■ P.T. & L. CONSTRUCTION COMPANY, INC., Respondent, v STATE OF NEW YORK, Respondent, and UNITED STATES FIDELITY & GUARANTY COMPANY, Proposed Intervenor-Appellant. (Claim No. 64066.) — Appeal from an order of the Court of Claims (Hanifin, J.), entered December 2, 1982, which denied United States Fidelity & Guaranty Company's motion to intervene. Order affirmed, with costs, upon the opinion of Judge Jerome F. Hanifin of the Court of Claims. Mahoney, P. J., Sweeney, Kane, Weiss and Levine, JJ., concur.

■ In the Matter of JOHN M. MULLINS CONSTRUCTION CORPORATION, Respondent, v EDWIN FAULKNER, as Town of Halfmoon Assessor, et al., Appellants. — Appeal from an order of the Supreme Court at Special Term (Viscardi, J.), entered December 17, 1982 in Saratoga County, which denied respondents' motion. In a proceeding pursuant to article 7 of the Real Property Tax Law, to dismiss the petition. Order affirmed, without costs (see *Matter of Great Eastern Mall v Condon,* 36 NY2d 544). Mahoney, P. J., Sweeney, Kane, Casey and Levine, JJ., concur.